1034

[Nos. 67900-7-I; 67800-1-I.   Division One.   March 4, 2013.]

CAROLYN BILAL, *Appellant*, v. BARBARA CASEY, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 11-2-20077-9, Mariane C. Spearman, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Verellen, JJ.

[No. 68005-6-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. D.B.-H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01412-8, Christopher A. Washington, J., entered December 20, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 68033-1-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA DEBORAH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05495-0, Hollis R. Hill, J., entered November 9, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68065-0-I.   Division One.   March 4, 2013.]

NORTHWEST TERRITORIAL MINT, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-23407-0, John P. Erlick, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.